United States District Court
Southern District of Texas
**ENTERED**
October 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:20-CV-02615 |
| LE TTVM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed October 20, 2020 (Dkt 9), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on October 23, 2020 at Houston, Texas.

_____
CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE